AFFIDAVIT

| | | |
|---|---|---|
| State of New York | Southern District | U.S. Bankruptcy Court |

Darren Singer

vs

Leon Lowenthal et al

Bankruptcy Case #19-24115-rdd
Adversary Proceeding No. 20-06008-rdd

The undersigned, being duly sworn, deposes and says; deponent is not a party to the action, is over 18 years of age and resides at Rockland County, NY

Deponent served: Summons, Pretrial Notice and Adversary Complaint

Upon: Prosperity LM INC.

Mailing: Deponent mailed same by First Class Mail in a postpaid sealed wrapper addressed: 5 Hopal Lane, Monsey, NY 10952, and deposited same in a Post Office depository under exclusive care and custody of the US Postal Service within the state of New York on April 7, 2020.

Sworn to before me on this

___8th___ day of ___April, 2020___

*Claire M Ryan*
CLAIRE M. RYAN
NOTARY PUBLIC, State of New York
No. 01RI6149175, Qualified in Rockland Co
Term Expires July 3, 2022

*Mark Sandstrom*

Invoice•Work Order # 9965452

ATTORNEY SERVICE BUREAU, P.O. BOX 382, POMONA, NEW YORK 10970, 845-638-1323