# AFFIDAVIT

| | | |
|---|---|---|
| State of New York | Southern District | U.S. Bankruptcy Court |

.................................................

Darren Singer

vs

Leon Lowenthal et al

Bankruptcy Case #19-24115-rdd
Adversary Proceeding No. 20-06008-rdd

.................................................

The undersigned, being duly sworn, deposes and says; deponent is not a party to the action, is over 18 years of age and resides at Rockland County, NY

Deponent served: Summons, Pretrial Notice and Adversary Complaint

Upon: PW Insurance Agency Corp.

Mailing: Deponent mailed same by First Class Mail in a postpaid sealed wrapper addressed: 5 Hopal Lane, Monsey, NY 10952, and deposited same in a Post Office depository under exclusive care and custody of the US Postal Service within the state of New York on April 7, 2020.

Sworn to before me on this

8th day of April, 2020

_Claire M. Ryan_
CLAIRE M. RYAN
NOTARY PUBLIC, State of New York
No. 01RI6149175, Qualified in Rockland Co.
Term Expires July 3, 2022

Mark Sandstrom

Invoice•Work Order # 9965453

ATTORNEY SERVICE BUREAU, P.O. BOX 382, POMONA, NEW YORK 10970, 845-638-1323